SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LAMAR MYERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>             Plaintiff,<br><br>     vs.<br><br>KISIK SON D/B/A PURITY LIQUOR MARKET; V.E. SKY WORLD, LLC; and DOES 1 through 10,<br><br>             Defendants. | **Case No.: 2:20-cv-06518 ODW (PJWx)**<br><br>DECLARATION OF JASON J. KIM IN SUPPORT OF PLAINTIFF'S OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION |

Declaration of Jason J. Kim - 1

## DECLARATION OF JASON J. KIM

1. I am licensed to practice law in the State of California and before this Court. I am an attorney with So. Cal. Equal Access Group ("Law Firm") and represent Plaintiff and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. Based on our review of the cases filed by the Law Firm, neither the Law Firm, nor any of the attorneys within the firm, would qualify as a high-frequency litigant as that term is defined by California Code of Civil Procedure § 425.55(b)(2).

3. While the Law Firm and its attorneys have represented as attorney of record 10 or more high-frequency litigant plaintiffs, as defined by California Civil Code § 425.55(b)(1), those cases mostly result in settlement, favorable judgment, or other favorable result and, therefore, are excluded from the assessment.

4. To the best of my recollection, within the last 12 months, the Law Firm had no cases dismissed on the merits, and we have not reached the threshold of suffering those losses for the high frequency plaintiffs. We do not, therefore, meet the definition of a high-frequency litigation under CCP § 425.55(b)(2).

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct. Executed this 7th day of August 2020, at Los Angeles, California.

   ___/s/ Jason J. Kim_____
   JASON J. KIM

Declaration of Jason J. Kim - 2